AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Officer Paul Shane, Officer George Dickerson, | ) | |
| Officer Christopher Wilson, Detective Corporal | ) | |
| Jordan Billups-Taylor, and Town of Winfield, | | |
| Indiana | | |
| *Defendants* | | |

**APPEARANCE OF COUNSEL**

To:

   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   _____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*